# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | 2019 JUN 11 A 11: 37 |
| | Docket No. 2:19-cr-85-GZS |
| v. | |
| | DEPUTY CLERK |
| LEONARDO & CO., P.A. | |

## PROSECUTION VERSION

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt with respect to Count One of the Information:

In 2017 and 2018, law enforcement agencies conducted an investigation of a marijuana trafficking organization operating in Androscoggin County, Maine, and elsewhere. During the course of the related financial investigation, agents determined that Brian Bilodeau, a member of the drug organization, received four checks, each in the amount of $12,500, during the calendar year 2017. These checks were drawn on accounts associated with Defendant Leonardo & Co., a Lewiston-based accounting firm. These payments did not involve a tax refund or payment for any services Bilodeau provided to the firm. Instead, on each occasion, Defendant exchanged the checks for $12,500 in cash.

One of these above-described checks was dated December 28, 2017, and drawn upon an account in the name of Defendant. Financial records reveal Bilodeau deposited the check on this same day.

Because the December 28, 2017, check involved the receipt of more than $10,000 in United States currency, federal law required Defendant to file a report commonly known as a Form 8300. Defendant failed to file this report as required by federal law and thus intentionally evaded the mandated reporting requirements.

1

Dated at Portland, Maine this 11th day of June, 2019.

                          Respectfully submitted,

                          Halsey B. Frank
                          United States Attorney

                          David B. Joyce
                          Assistant U.S. Attorney
                          United States Attorney's Office
                          100 Middle Street
                          Portland, ME 04101
                          david.joyce@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I filed the foregoing Prosecution Version and caused a copy to be sent to Thomas Marjerison, Esq.

*[signature]*
David B. Joyce
Assistant U.S. Attorney